AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Carlos Enrique Freire-Pifferrer -01 | ) |
| Jose Antonio Gomez-Pifferrer -02 | ) |
| Juan D. Perez Gonzalez -03 | ) |
| | ) |
| | ) |

**SEALED**

Case No.

4:23-mj-00035-VTW

**FILED**

**09/19/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____December 2021-June 2023____ in the county of ____Gibson and elsewhere____ in the

____Southern____ District of ____Indiana____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 659 and 2 | Possession of Goods Stolen From Interstate Shipments |
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
/s/ Ronald A. Hornback
*Complainant's signature*

SA Ronald A. Hornback, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ____
____telephone____ (*reliable electronic means*)

Date: ____9/19/2023____

_____
*Judge's signature*

City and state: ____New Albany, Indiana____          Van T. Willis, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT**

I, Ronald A. Hornback, Jr, being first duly sworn, hereby depose and state as follows:

1.      I am an "investigative or law enforcement officer" of the United States, within the meaning of Section 2510(7), Title 18, United States Code (USC), empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, USC, Section 2516.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since August of 2014.  I am currently assigned to the Indianapolis Field Office – New Albany Resident Agency.  I have participated in and lead numerous criminal investigations related to violent crimes, bomb threats, bank robberies, cargo thefts, and domestic terrorism.  During such time, and in my official capacity as a Special Agent, I have conducted and participated in investigations of individuals and organized groups involved in interstate crimes including violations of Title 18, USC, Section 659 - Possession of Goods Stolen From Interstate Shipments, and 2314 - Interstate Transportation of Stolen Property.  Through these experiences, I have become familiar with the ways in which cargo thieves conduct their business, including, but not limited to their methods of targeting intrastate and interstate shipments, means of stealing these loads and their means of selling property after it is stolen.  Moreover, I have received formalized training and maintain years of experience on how to exploit mobile devices connected to a cellular service provider.  I know based on training and experience that the FBI can exploit data and that can be very useful throughout the course of an investigation, including apprehension.

3.      I am familiar with and have participated in all of the normal methods of an investigation, including, but not limited to, Title III wiretaps, visual surveillance, the general questioning of witnesses, the use of informants, consensual monitoring and recording of

conversations, social media exploitation, cellular device exploitation, the execution of search warrants, and undercover operations.

4. The information contained in this affidavit is based on my personal participation in a joint investigation between the FBI, Kentucky State Police (KSP), Louisville (KY) Metro Police Department (LMPD), Hillview (KY) Police Department, other law enforcement investigators, investigative reports and records obtained through legal process. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. I make this affidavit in support of an application for a criminal complaint charging **Carlos Enrique Freire-Pifferrer**, **Jose Antonio Gomez-Pifferrer**, and **Juan Perez-Gonzalez**, with violations associated with Title 18, United States Code, Sections 659 - Possession of Goods Stolen From Interstate Shipments; 2314 - Interstate Transportation of Stolen Property; United States Code, Sections 371 - Conspiracy.

## STATUTORY BACKGROUND

6. Through my training and experience, I am aware that Title 18, United States Code, Section 659, makes it unlawful for any person to steal goods and chattels of a value in excess of $1,000 that were a part of or moving as an interstate shipment of freight.

7. Likewise, I am aware that Title 18, United States Code, Section 2314 makes it unlawful for any person to transport, transfer, or transmit in interstate commerce, any goods or chattels of a value exceeding $5,000, knowing same to have been stolen.

8. Further, I am aware that Title 18, United States Code, Section 371 makes it unlawful for any two or more people to conspire to violate the laws of the United States, and

Title 18, United States Code, Section 2 makes it unlawful for anyone to aid and abet the commission of a federal crime.

## HISTORICAL BACKGROUND OF CASE

9.      Louisville, Kentucky has long been a destination location for large companies to set up major manufacturing and shipping operations because of the centralized location in the United States (U.S.).  For example, several large well-known companies such as the Ford Motor Company, General Electric, and the United Parcel Service (UPS) among others have set up operations in Louisville.  As a result, Louisville and the surrounding areas have also attracted many businesses who provide the service of storage and distribution of manufactured goods, also known as supply chain solutions.

10.      Arvato is one example of a company that provides supply chain solutions to manufacturing companies in the Louisville area. According to their website[1], Arvato is the internationally leading provider of order-to-cash solutions for end customer-oriented industries. Arvato maintains 97 locations in over 17 countries and employs 17,000 people.   Over the past few years, Arvato has grown their Louisville area operations to include four separate, large-scale distribution centers that span several million square feet of storage space.

11.      As Louisville has emerged as a major distribution hub, businesses providing supply chain and distribution services in the Louisville metro area have increasingly been targeted by criminal organizations looking to steal loads of high-end merchandise for resale on the black market. These criminal organizations understand that one tractor-trailer load of high-end electronics, for example, can be worth millions of dollars.

---

[1] https://arvato.com/en/about-us/who-we-are

## BACKGROUND ON CARGO THEFT IN SOUTHERN INDIANA

12.     Between 2011 and 2015, agents of the FBI's New Albany (Indiana) Resident Agency ("RA"), in close partnership with the KSP Vehicle Investigations Unit and the National Insurance Crime Bureau ("NICB"), investigated and ultimately dismantled a massive cargo theft operation largely based out of Louisville, Kentucky.

13.     During the course of that investigation, the FBI identified a group of 12 defendants, who would travel in small groups from various locations throughout the United States to Virginia, Illinois, Indiana, Kentucky, North Carolina, South Carolina, Ohio, Oklahoma, Tennessee, and other U.S. States to reconnoiter distribution facilities used by various companies to distribute high-value, easily resalable merchandise (e.g. cell phones, electronics, computer equipment, name brand clothing, cosmetics, pharmaceuticals, cigarettes, and liquor). Once the defendants identified a truck leaving a distribution facility, they would follow the truck for hundreds of miles until the driver of the cargo load would stop to rest or refuel. At that point, the defendants would steal the entire semi-tractor and trailer. Typically, the group would abandon the tractor portion of the stolen vehicle within 20 miles of the site of the theft and would hook the stolen trailer up to a tractor operated by another member of the conspiracy. The group would also paint over any logos on the stolen trailer to conceal the identity of the trailer and evade law enforcement detection. Efforts were then made to transport the stolen merchandize to major U.S. cities where the contents of the trailers were sold onto the black market.

14.     Among the truckloads of merchandize targeted for theft by this group were those transporting T-Mobile cellular telephones, Samsung appliances, Ralph Lauren and Victoria's Secret clothing, Elizabeth Arden perfume, COTY cosmetics, Nikon cameras, Apple, Dell and HP computers, Pfizer pharmaceuticals, Mead Johnson baby formula, Lorillard cigarettes, and one

truckload of LG cellular telephones valued at $11.9 million.  Ultimately, the FBI, KSP, and NICB linked those twelve (12) defendants to more than thirty-two (32) cargo thefts, and more than $30 million in stolen cargo, between October of 2011 and May of 2015. During the conspiracy, multiple truckloads of cargo were stolen by the group from distribution centers in the Louisville Metro area were several of the defendants lived, and nearby locations in southern and central Indiana.

15.     As documented in *United States v. Freire-Pifferrer, et al.*, 4:14-cr-0031-TWP-VTW, Carlos Enrique Freire-Pifferrer (defendant herein), Juan Perez-Gonzalez (defendant herein), Eduardo Hernandez, Mario Hernandez-Oquendo, Yoel Palenzuela-Mendez, Orlis Machado Cantillo, Miguel Mompie, Ritzy Robert-Montaner, Roberto Santos-Gonzalez, Carlos Mendez-Rosa, Raico Benitez Castillo, Daniel Gonzalez-Insua, and Ramon Sera-Mastrapa were all charged and convicted in the Southern District of Indiana of numerous offenses related to the years-long cargo theft conspiracy outlined above. Ultimately, Santos-Gonzalez was sentenced to 150 months, Perez-Gonzalez was sentenced to 108 months, Freire-Pifferrer was sentenced to 87 months, Machado-Cantillo was sentenced to 96 months, Hernandez-Oquendo was sentenced to 79 months, Gonzalez-Insua was sentenced to 72 months, Palenzuela-Mendez was sentenced to 60 months, Mompie was sentenced to 57 months, Sera-Mastrapa was sentenced to 40 months, and Mendez-Rosa was sentenced to 40 months.

16.     According to the U.S. Bureau of Prisons ("BOP") website, Carlos Enrique Freire-Pifferrer was released from BOP custody on August 4, 2020, and Juan Perez-Gonzalez was released from BOP custody on October 3, 2022. Both Freire-Pifferrer and Perez-Gonzalez remain on federal supervised release.

17.     Following the joint FBI / KSP investigation outlined above, the Louisville metro area experienced a significant reduction in instances of cargo thefts for several years. That is, until recently.

**PROBABLE CAUSE**

18.     Since December of 2021, multiple tractor trailers containing commercially available, high-end electronics, and other items have been stolen from Louisville, Kentucky and the surrounding areas including Indiana, Tennessee, and Ohio.  Multiple law enforcement agencies, to include the FBI, Indiana State Police ("ISP"), and KSP have begun investigating in earnest. To date, law enforcement officials have identified at least fourteen cargo thefts which they suspect are connected to one criminal group. The first theft occurred on December 1, 2021, and the most recent occurred on May 20, 2023. The projected losses of the recent cargo thefts easily exceed several million dollars with manifest reports still pending.  The initial forecast depicts a $2,000,000 wholesale loss but it is suspected to rise to be closer to $10,000,000 when reporting is complete. As the investigation continued, KSP began to identify the individuals responsible for the string of cargo thefts.

19.     The primary business entity targeted by the criminals has been Arvato, described above.

20.     For example, on May 6, 2022, a tractor trailer containing approximately $1 million dollars in Oculus Virtual Reality goggles, produced by Meta Platforms, left the Arvato distribution center in Louisville and traveled into Indiana.  The load was subsequently stolen near Haustadt, Indiana, when the driver of the truck stopped at a Pilot truck stop and left the truck unattended.  Responding law enforcement officers reviewed Pilot surveillance video and determined that when the driver and co-driver exited the truck and entered the Pilot truck stop,

two individuals entered and stole the truck and trailer.  Police officers determined that a dark colored SUV was likely used by the suspected cargo thieves to follow the truck to the truck stop. Notably, the individuals who stole the truck threw the drivers' cell phones, along with the vehicle's GPS unit and electronic log, out of the truck as they drove away to impede tracking of the stolen cargo.

21.    The load of Oculus goggles was ultimately recovered in a neighboring Indiana county and still intact.  Responding law enforcement officials searched the stolen truck and immediate vicinity and collected evidence which they submitted to the ISP laboratory for analysis.  One such piece of evidence, a mask was located on the ground in close proximity to the stolen tractor trailer, was subsequently determined to have DNA belonging to Carlos Enrique Freire-Pifferrer ("**FREIRE")**.

22.    On May 21, 2022, a distribution facility operated by Solutions 2 Go was burglarized in Louisville, Kentucky, and Microsoft products were stolen. The Solutions 2 Go facility is located in close proximity to Arvato and within the same industrial complex. A few weeks later, while conducting surveillance in the vicinity of Solutions 2 Go in relation to the May 21 burglary, LMPD identified **FREIRE** in the vicinity of Arvato during a traffic stop.

23.    Throughout the investigation, the KSP identified a black Nissan Rogue as a common vehicle suspected to be involved in multiple cargo thefts. The vehicle was first identified after a load of designer clothing from L Brands was stolen on October 26, 2022, from a Speedway gas station in Lebanon Junction, Kentucky (See photo 1).

*Photo 1 – a black Nissan Rogue exiting the Speedway with the stolen L Brands load in Lebanon Junction, Kentucky on October 26, 2022.*



10/26/22 7:31:25p

24.     Through a review of surveillance video and other investigative steps, law enforcement identified a black Nissan Rogue, registered under Kentucky license plate BEK778 ("**ROGUE 1**").  **ROGUE 1** was subsequently located in the vicinity when several other loads were stolen. Investigative efforts have identified **ROGUE 1** as being registered to Jose Antonio Gomez-Pifferrer ("**GOMEZ**").

25.     Your affiant is aware that Hispanic surname conventions typically result in a hyphenated last name with the individual's fathers last name followed by the maiden name of the individual's mother.  Given the uncommon nature of the last name PIFFERRER, the FBI quickly assessed that **GOMEZ** and **FREIRE** are related through their mothers.  Subsequent investigation has revealed that **GOMEZ** and **FREIRE** are cousins.

26.     During this investigation, KSP identified telephone number (502) 619-9267 ("**X9267**") as a phone number belonging to **GOMEZ**.

27.      After identifying **X9267** as belonging to **GOMEZ**, KSP obtained historical cell-site and toll records[2] for **X9267** and determined that the telephone account was located in the same geographic area, and at the same time, where four cargo thefts reportedly occurred.  KSP also determined that telephone account number (502) 609-4243 ("**X4243"**) was frequently in contact with **X9267**, including communicating with each other on multiple days when cargo thefts occurred.  Investigators subsequently associated **X4243** with **FREIRE** through service provider subscriber records and a CashApp account in **FREIRE**'s name.[3]

28.      Moreover, through historical cell-site analysis, investigators noticed a pattern of activity wherein **X9267** appeared to travel from Louisville to Florida within 1-2 days following reported thefts of cargo in the Louisville metro area.  Investigators recognized that pattern of travel as consistent with the *modus operandi* previously employed by the **FREIRE** cargo theft organization.

29.      On November 9, 2022, a semi-trailer containing Harmon-JBL speakers left a UPS distribution facility located just south of Louisville and was subsequently stolen from a staging lot in Louisville used by UPS.  Investigators determined that, at the time the load left the UPS facility, **X9267** was connected to a cellular tower near the location of that same facility (see photo 2) in Louisville.  The historical cell-site records established that **X9267**, and presumably **GOMEZ,** then traveled from Louisville to Florida by motor vehicle shortly after the load of Harmon-JBL speakers was stolen (see photos 2 & 3).

*Photo 2 – historical cell tower data for **X9267** on November 9, 2022*

---

[2] KSP obtained call detail records and historical cell-site records pursuant to a state issued search warrant for X9267 with requested dates of October 25, 2022 – February 3, 2023.

[3] Recently, the U.S. Probation Office in the Western District of Kentucky confirmed for the FBI that **FREIRE** remains under their supervision and the last 4 digits of the contact telephone number they have for him are 4243.



*Photo 3 - historical cell tower data for **X9267** on November 11, 2022*



30.     The historical cell site records also establish that **X9267** likely returned from Florida by way of airplane which confirms that **GOMEZ** left behind whatever vehicle he traveled in, presumably after delivery of the stolen cargo load.

31.     On May 5, 2023, the FBI sought and obtained a search warrant out of the Southern District of Indiana, Cause Number 4:23-mj-00021-VTW & Cause Number 4:23-mj-00022-VTW, to obtain precision location information, also known as "pings," Pen Register Trap & Trace information (PRTT), subscriber records, and historical location information for **X9267** and **X4243**.  The precision location information, also known as "pings," Pen Register Trap & Trace information, subscriber records, and historical location information is collectively referred to as Call Detail Records ("**CDR'S**).

32.     Upon receiving the **CDRs** from the service provider, the subscriber records for **X4243** listed "Carlos Freire" as the subscribed customer and **X9267** indicated that "Jose Gomez Pifferrer" was the subscribed customer with a billing address of 949 Palatka Road, Louisville, Kentucky ("**GOMEZ RESIDENCE**").

33.     In the early morning hours of May 8, 2023, a tractor trailer was reported stolen from the Meijer grocery store parking lot located on Hurstbourne Parkway in Louisville, Kentucky.  The trailer in question contained high-end electronics manufactured by Bose, a well-known manufacture of audio products.  Upon learning of the theft on May 8, 2023, the FBI reviewed the **CDRs** precision location data for **X9267** and determined that **X9267** was located in the immediate area of the Meijer's at 10:34 PM on May 6, 2023 (see photo 4).

*Photo 4 – precision location information for **X9267** on May 6, 2023 @ 10:34 Pm.*



34.     The FBI also reviewed **CDRs** for **X9267** and observed that at 12:58 AM on May 8, 2023, a call was made to the (239) 465-3908 ("**X3908**").  The call lasted 30 minutes and 29 seconds.  The FBI conducted a publicly available database search of the **X3908** and identified the number was associated with Juan Perez-Gonzalez **("PEREZ")**.

35.     As previously mentioned, **PEREZ** was convicted of cargo theft alongside **FREIRE** in a federal case resulting from a years-long FBI investigation.  In that prior investigation, **PEREZ** was identified as a truck driver who possessed a Commercial Driver's License (CDL) and was known to transport the stolen cargo loads for the cargo theft organization to South Florida.

36.     Later in the day on May 8, 2023, the FBI reviewed precision location data for both **X9267 (GOMEZ)** and **X4243 (FREIRE)** and observed both devices were then located in South Florida. Further analysis of the location data revealed **FREIRE** and **GOMEZ** appeared to take different airline flights from Louisville to Florida.  By the time the FBI reviewed the pings on May 8, 2023, agents observed **FREIRE** and **GOMEZ** appeared to be driving around the area

of Hialeah, Florida, a city just north of Miami. At the time, the FBI suspected **FREIRE** and **GOMEZ** travelled to South Florida to meet the driver who drove the stolen load from Louisville to the Miami area and to facilitate the sale of the stolen goods.

37.     A review of the location data also revealed that **FREIRE** and **GOMEZ** were together frequently or, at a minimum, traveling in the same areas while in south Florida.

38.     Additional review of the PRTT data for **X9267** (**GOMEZ**) revealed that the **X3908** (**PEREZ**) was frequently communicating with **GOMEZ** from the approximate time the Bose load was stolen in the early morning hours of May 8, 2023, and continued communicating through May 10, 2023, while **FREIRE** and **GOMEZ** were in South Florida**.**  In fact, the PRTT identified twenty-seven (27) different telephone calls between **GOMEZ**'s phone and **X3908** (PEREZ) from between May 8 and 10, 2023.

39.     On May 9, 2023, the FBI contacted the U.S. Probation Office for the Middle District of Florida and learned that **PEREZ** was under their supervision and living in Lehigh Acres, Florida.  The FBI also learned that the number associated with **X3908** is the contact telephone number that U.S. Probation currently has on file for **PEREZ**.  U.S. Probation further advised the FBI that **PEREZ** is currently employed as a truck driver and possesses a CDL, although **PEREZ** is not allowed to leave the state of Florida without permission from his probation officer.

40.     To further establish the pattern of consistent communication, the FBI reviewed the **CDRs** of **X9267** and identified that the **X3908** was also frequently communicating with **X9267** around the time of other stolen loads. For example, on March 2, 2023, a tractor trailer load containing electronics from Meta Platforms was stolen from Arvato in Shepherdsville, Kentucky. According to the CDRs, **X3908** was in contact with **X9267** on the day of that theft

and continued communicating with **X9267** as **X9267** travelled to the Miami area a few days later.

41.     Once again, it is worth noting that the *modus operandi* exhibited by the recent string of cargo thefts, including the theft of entire loads of cargo that recently departed a distribution center, stealing the cargo once it made an initial stop at an intermediate facility (e.g. gas station or staging lot), and the transportation of said cargo to Florida is identical to that employed by **FREIRE**, **PEREZ**, and their co-defendants in the 2014 case (4:14-cr-0031-TWP-VTW).

42.     In light of the above, the FBI believes that once **FREIRE** and **PEREZ** were released from federal prison they began conspiring together, and with **GOMEZ** and others unknown to commit cargo thefts in the manner described above.

43.     On May 18, 2023, the FBI sought and obtained a search warrant out of the Southern District of Indiana, Cause Number 4:24-mj-00022-VTW, to obtain **CDRs** for the telephone account, **X3908**, used by **PEREZ**.

44.     A few days later, the FBI received the subscriber records for **X3908** which confirmed the subscriber was "Juan Perez."

45.     At this time the FBI had obtained a voluminous amount of **CDRs** for **X4243**, **X9267**, and **X3908**. The CDRs data was analyzed and compared to known cargo theft locations that have occurred in Indiana, Kentucky, Tennessee, and Ohio and observed a consistent pattern of activity which indicated **FREIRE**, **GOMEZ**, and/or **PEREZ** were involved in a string of cargo thefts up to May 18, 2023.

46.    In fact, the **CDRs** placed various combinations of the three cellular devices of **FREIRE**, **GOMEZ**, and/or **PEREZ** in the geographic vicinity where numerous cargo thefts occurred, at or near the time the thefts occurred (See chart 1).

*Chart 1 – Displaying historical location data for X4243, X9267, X3908 compared to known cargo thefts.*

|    | Date | Cargo | Theft Location | X4243 (Freire) | X9267 (Gomez) | X3908 (Perez) |
|----|------|-------|----------------|----------------|---------------|---------------|
| 1  | 12/1/21 | Microsoft | Pioneer, TN | X | | |
| 2  | 5/6/22 | Meta | Evansville, IN | X | X | |
| 3  | 8/31/22 | Microsoft | Demotte, IN | | X | |
| 4  | 10/26/22 | L Brands | Lebanon Junction, KY | X | X | |
| 5  | 11/7/22 | Sony | Shepherdsville, KY | X | X | |
| 6  | 11/9/22 | JBL | Louisville, KY | X | X | |
| 7  | 1/13/23 | Logitech | Louisville, KY | X | X | X |
| 8  | 1/27/23 | JBL | Louisville, KY | X | X | X |
| 9  | 2/17/23 | CF Moto ATV | Columbus, OH | X | X | X |
| 10 | 3/3/23 | Meta | Shepherdsville, KY | X | X | X |
| 11 | 4/14/23 | JBL | Louisville, KY | X | X | X |
| 12 | 5/7/23 | Bose | Louisville, KY | X | X | X |

47.    Moreover, the **CDRs** revealed several other trends.  In almost every instance, **X4243** (**FREIERE**) would typically travel from the Tampa (FL) area to the region of Louisville (KY) a few days prior to a cargo theft occurring.  Based on **FREIRE's** travel patterns, it appeared **FREIRE** was residing in the Tampa area.[4]

---

[4] It should be noted that during the time-period encompassing this investigation, Freire was on federal supervised release and was being supervised in the Western District of Kentucky.  According to the terms of his supervised release, Freire was prohibited from leaving the WDKY without permission of his U.S. Probation Officer.  The FBI has determined that Freire never obtained permission to travel to Florida, and repeatedly violated that supervised release term by traveling without permission.

48.     Additionally, the **CDRs** revealed the devices would typically move around the areas of Louisville (KY) and surrounding areas where major distribution centers are located, oftentimes circling around a specific commercial area for an extended period of time. This activity is indicative of **FREIRE**, **GOMEZ**, and **PEREZ** canvassing an area looking for opportunities to commit a theft.

49.     The **CDRs** also revealed **FREIRE**, **GOMEZ**, and/or **PEREZ** would typically travel to South Florida within a few days after a load was stolen, typically flying from Louisville or driving to South Florida.

50.     The travel to South Florida was indicative of the perpetrators intent to sell the stolen goods in the vicinity of Miami, Florida.  Again, those actions are consistent with the *modus operandi* employed by this group during the prior, 2011-2015 FBI investigation, in which, after almost every theft, the group would spend a day or two in Miami, Florida and the return back to where they were residing. As of May 18, 2023, **FREIRE** spent most of his time in Wesley Chapel, Florida, which is just outside of Tampa.  **GOMEZ** spent most of his time in Louisville, Kentucky. **PEREZ** spent most of his time in Hialeah, Florida.

51.     The FBI's comprehensive review of the **CDRs** obtained from service providers for the devices used by **FREIRE**, **GOMEZ**, and **PEREZ** revealed a consistent pattern of activity among the co-conspirators in this case. For example, when the incoming location data indicated that **FREIRE** was at an airport, that was an indicator of **FREIRE** traveling for the purpose of committing or facilitating cargo thefts.

52.     Once a pattern of activity was established, the FBI devised a surveillance operation to monitor the **FREIRE, GOMEZ, and PEREZ** as they committed a cargo theft to further the investigation.

53.     On the evening of May 18, 2023, precision location data alerted the FBI that **FREIRE** was at the Tampa International Airport. Later that evening, precision location data from **FREIRE's** phone indicated that **FREIRE** had arrived in Louisville, KY. That same evening, precision location data from **GOMEZ's** phone indicated that **GOMEZ** traveled from his residence to the area of Louisville International Airport**,** likely to pick up **FREIRE**, before returning to **GOMEZ's** residence.

54.     The FBI began physical surveillance of **GOMEZ' RESIDENCE** in late evening hours of May 18, 2023.  The FBI quickly identified **ROGUE 1** parked at **GOMEZ' RESIDENCE.** The FBI was simultaneously monitoring the ping data for both **X9267** and **X4243** which indicated **GOMEZ** and **FREIRE** were both in the vicinity of **GOMEZ' RESIDENCE**.

55.     Early on May 19, 2023, the FBI began receiving precision location data for **PEREZ's** phone, **X3908**, pursuant to a federal warrant. The first ping data revealed that **PEREZ's** device was also located in the area of **GOMEZ' RESIDENCE**, indicating that **PEREZ** also stayed at **GOMEZ' RESIDENCE** the night before.

56.     On the morning of May 19, 2023, while the FBI was conducting physical surveillance of **GOMEZ' RESIDENCE**, the surveillance team observed **ROGUE 1** exit the driveway of the **GOMEZ' RESIDENCE** at approximately 8:22 AM EST.

57.     **ROGUE 1** travelled to a nearby gas station and fueled up. The FBI was able to identify **FREIRE**, **GOMEZ**, and **PEREZ** all travelling inside **ROGUE 1** from the **GOMEZ RESIDENCE**.

58.     A lengthy surveillance operation was initiated occurred and continued well into the following day. Agents observed **FREIRE**, **GOMEZ**, and **PEREZ** traveling in **ROGUE 1** to an area of South Louisville near the Bullitt County / Jefferson County line. **FREIRE**, **GOMEZ**,

and **PEREZ** first stopped at a Pilot gas station located just off Interstate 65, and then travelled to the Arvato distribution center located at 637 East Blue Lick Road, Louisville, Kentucky. **FREIRE**, **GOMEZ**, and **PEREZ** roamed around in the area of the distribution center for a period of time and eventually made their way into the parking lot of Arvato where the FBI observed several trailers parked.

59.     **FREIRE**, **GOMEZ**, and **PEREZ** eventually left Arvato in the late morning of May 19, 2023, and travelled to Jeffersonville, Indiana, to an area of Patrol Road near a known distribution center for Bose products. It is notable that the shipping destination for the Bose load stolen from the Meijer parking lot on May 8, 2023, was the distribution center on Patrol Road in Jeffersonville, Indiana.[5]

60.     **FREIRE**, **GOMEZ**, and **PEREZ** remained in the vicinity of Patrol Road for a period of time and then left the area and returned to the area around Arvato in South Louisville.

61.     In the afternoon hours of May 19, 2023, a semi-tractor pulling a mostly white, 2023 Wabash trailer, labeled with "AMA Logistics" on the right rear trailer door and displaying a Kentucky license plate B4W742 left Arvato. **FREIRE**, **GOMEZ**, and **PEREZ** followed the semi-tractor and AMA Logistics trailer to the Pilot gas station where they sat in an adjacent parking lot observing the AMA Logistics trailer as the driver fueled up the semi-tractor. The semi-tractor and AMA Logistics trailer then travelled a short distance away to a fenced parking lot on Clear Run Drive in Brooks, Kentucky with **FREIRE**, **GOMEZ**, and **PEREZ** following in

---

[5] As discussed above, the FBI began monitoring location data for the telephone accounts of **FREIRE** and **GOMEZ** around the time the Bose load was reported stolen.  The FBI observed the devices used by **FREIRE** and **GOMEZ** were in the area of the Meijer's location on the evening before the load was stolen.  The FBI also observed continued telephone contact between GOMEZ and PEREZ around the time of the theft, and continuing through May 10, when devices belonging to FREIRE, GOMEZ, and PEREZ were all observed operating in and around Miami, FL.

the **ROGUE 1**. The driver of the trailer was observed exiting the tractor trailer, entering a personal vehicle, and driving away.

62.     Based on my training and experience I am aware that a common practice among commercial truck drivers to pick up a load from the originating facility on a Friday, park the load in a parking lot known as a "drop lot," and return to the drop lot the following Monday when the truck driver begins his/her journey to the trailer's destination. This is typical as it allows the truck driver to remain at their home with their families on the weekends.

63.     It is important to note, several other semi-tractors and trailers were parked at the drop lot described above, including at least one other white Wabash trailer labeled with AMA Logistics, which was parked directly next to the trailer the FBI observed being dropped off.

64.     Once the driver parked the AMA logistics trailer and exited the drop lot, **FREIRE**, **GOMEZ**, and **PEREZ** continued to routinely drive by the drop lot in the **ROGUE 1** and appeared to be checking on the AMA logistics trailer. During this time, the surveillance detail also observed **FREIRE**, **GOMEZ**, and **PEREZ** traveling away from the drop lot for short periods of time.

65.     At one point, **FREIRE**, **GOMEZ**, and **PEREZ** was observed returning to the drop lot in a grey Nissan Rogue displaying Kentucky license plate BHA140 ("**ROGUE 2**") and continued to conduct spot checks in the vicinity of the drop lot into the evening when it became dark. The FBI had previously identified that the **ROGUE 2** was associated to **GOMEZ**.  As the FBI continued to monitor location data from **FREIRE**, **GOMEZ**, and **PEREZ's** phones, the data indicated that **FREIRE**, **GOMEZ**, and **PEREZ** travelled back and forth several times between the drop lot to the area of **GOMEZ's** residence. The surveillance team remained in the vicinity of the drop lot.

66.     Based on the actions of **FREIRE**, **GOMEZ**, and **PEREZ**, the surveillance team suspected the trio would attempt to steal the AMA Logistics trailer. In order to better monitor the AMA Logistics trailer, local detectives assisting the FBI in this investigation sought and obtained a warrant from a Kentucky court to install a Global Positioning System (GPS) tracker on the AMA Logistics trailer. Pursuant to that warrant, in the evening hours of May 19, 2023, a GPS tracker was placed on the trailer (see photo 5).

*Photo 5 – a photo depicting the white Wabash trailer with "AMA Logistics" logo that had a GPS tracker installed pursuant to state issued warrant.  The photo was taken by the FBI in the afternoon hours on May 19, 2023, prior to trailer being stolen.*



67.     Late in the evening of May 19, 2023, the FBI surveillance team observed the black **ROGUE 1** travel to the area of the drop lot. A short time afterwards, the FBI observed a semi-tractor exiting the lot pulling a white trailer. **ROGUE 1** drove in front of the tractor trailer as it made its way down the road. As the semi-tractor and white trailer drove away from the lot, the surveillance team noticed that the GPS tracker placed on the AMA Logistics trailer earlier

that evening was not reporting movement details. Suspecting that the GPS tracker had either

malfunctioned, or been removed thieves, the FBI followed the stolen AMA Logistics trailer from

the drop lot. At this time, the Agents observed the trailer and it appeared not to have been

altered.

68.     The surveillance team briefly lost visual of the stolen AMA Logistics trailer, but

agents were able to follow telephone location data of **FREIRE**, **GOMEZ**, and **PEREZ** to the

area of Grade Lane and Crittenden Drive in Louisville. As they entered the area, the surveillance

team observed the stolen semi-truck heading north on Crittenden Drive without the trailer

attached. After a quick search of the surrounding area, the surveillance team located a trailer

fitting the description of the stolen AMA Logistics trailer parked in a private parking lot. Shortly

thereafter, agents observed a different semi-tractor enter the lot, connect to the stolen AMA

Logistics trailer, exit the lot, and traveling towards Interstate 265 with **ROGUE 1** once again

travelling with the semi-tractor and stolen trailer.

69.     It is important to note that the FBI was simultaneously monitoring the location

data for all three phones belonging to **FREIRE**, **GOMEZ**, and **PEREZ** and they remained in

concert with what the surveillance team observed as they identified **FREIRE**, **GOMEZ**, and

**PEREZ** in various locations.

70.     The surveillance team followed the stolen load on the highway with the **ROGUE**

**1** following closely behind as it made its way to the Westport Road area. The stolen load was

driven behind the Cinemark Tinseltown movie theater located at 4400 Towne Center drive,

Louisville, Kentucky.

71.     Behind the movie theater, **FREIRE**, **GOMEZ**, and **PEREZ** were observed

disconnecting the stolen trailer from the semi-truck. Shortly afterwards, the subjects exited the

area driving the semi-tractor followed by the **ROGUE 1**.  At this time the surveillance team took steps to recover the stolen load. The team observed that the trailer labels had been painted over with white paint, and the smell of fresh paint was still apparent. The black numbering stickers on the trailer had also been removed.  Inside the stolen AMA Logistics trailer, the FBI observed approximately 18 pallets of Oculus Virtual Reality Goggles manufactured by Meta. Custody of the stolen trailer and cargo was transferred to the Louisville Metro Police Department and the Kentucky State Police.

72.     After **FREIRE**, **GOMEZ**, and **PEREZ** left the Cinemark Tinseltown movie theater, the FBI continued to monitor their location through their phones precision location data and observed the trio travelled back to South Louisville to the area of Clear Run Drive where the previous trailer was stolen. A few moments later, the surveillance team observed the GPS tracker previously affixed to another stolen AMA Logistics trailer was now moving. The team monitored the GPS tracker through the commercially available software and could visually see the GPS tracker moving in real time. It was at this time the surveillance team realized the stolen AMA trailer recovered at the Cinemark movie theatre was not the same trailer that had a GPS device installed on it by law enforcement, and **FREIRE**, **GOMEZ**, and **PEREZ** were now in the process of stealing a second, nearly identical, AMA Logistics trailer that was outfitted with the GPS tracking device.

73.     The GPS tracker data showed the second AMA Logistics trailer move to the Meijer grocery store located at 4500 South Hurstbourne Parkway, Louisville in concert with the precision location data of the devices being used by **FREIRE**, **GOMEZ**, and **PEREZ**.

74.    Subsequently, the FBI noted that precision location data for all three cellular phones indicated that **FREIRE**, **GOMEZ**, and **PEREZ** eventually travelled back to the area of **GOMEZ's RESIDENCE** where they remained for several hours.

75.    On May 20, 2023, the FBI located the second stolen AMA Logistics trailer sitting in the Meijer parking lot by itself.  The AMA Logistics logo had been painted over, a different trailer number and license plate was affixed to the trailer, and there was no truck attached to it (See photos 6 & 7).

*Photo 6 – the stolen Wabash trailer.*

*Photo 7 – the stolen Wabash trailer with the "AMA Logistics" painted over and different license plate.*

*Photo 6*                                                  *Photo 7*




76.    During the day of May 20, 2023, the FBI continued to monitor precision location data and observed **FREIRE**, **GOMEZ**, and **PEREZ** were frequently in the vicinity of the Meijer at different times throughout the day, presumably conducting spot checks on the stolen trailer.

From the precision location data, it appeared **FREIRE**, **GOMEZ**, and **PEREZ** stayed at **GOMEZ's RESIDENCE** the night of May 20.

77.     On the evening of May 21, 2023, precision location data for **FREIRE**, **GOMEZ**, and **PEREZ's** phones indicated the trio had moved to the Louisville International Airport. The FBI subsequently determined that the trio flew to the Tampa International Airport, and subsequently travelled to Wesley Chapel, FL where they remained for the night. The FBI later located **ROGUE 1** in the parking lot of the Louisville airport.

78.     The FBI recovered surveillance phots from both the Muhammad Ali International Airport and the Tampa International Airport from May 21, 2023, along with boarding pass information for **FREIRE**, **GOMEZ**, and **PEREZ**.  That information confirmed that **FREIRE**, **GOMEZ**, and **PEREZ** flew from Louisville, Kentucky to Tampa, Florida on that date. In one of the photos, it is clear that **PEREZ** is holding what appears to be mobile telephone, presumably the same telephone that was contemporaneously providing precision location data to the FBI (See photo 8).

*Photo 8 – Photo of PEREZ (left), FREIRE(center), and GOMEZ(right) at SDF on May 21, 2023.  PEREZ is holding an electronic device.*



79.    The FBI was able to obtain the surveillance photos from Tampa International which displayed the **FREIRE, GOMEZ, AND PEREZ** arrived together. The location data for their respective devices indicated the same travel pattern (See photo 9).

*Photo 9 - Photo of PEREZ (left), FREIRE(center), and GOMEZ(right) at TPA on May 21, 2023.*



80.     Based on historical location data and analyzing telephone records, the FBI believes that the **FREIRE, GOMEZ, AND PEREZ** stayed in a residence associated with a woman suspected to be **FREIRE's** girlfriend, whose identity is known to the FBI, who resides in Wesley Chapel, FL. This location is where **FREIRE** spent most of his time.

81.     Meanwhile, GPS location data from the stolen trailer indicated the trailer left the Louisville area late in the evening on May 20, 2023, and traveled to North Carolina, where it stopped in a hotel parking lot.  Later that day, on May 21, 2023, it the stolen trailer continued travelling south to Jacksonville, Florida, where the trailer once again stopped overnight.

82.     On May 21, 2023, the FBI contacted a member of the Jacksonville Sheriff's Office (JSO) who is assigned to cargo theft investigations. That evening, the JSO located the trailer parked in an obscure drop lot in Jacksonville along with other trucks and trailers.

83.     In the early morning hours on May 22, 2023, the JSO observed the stolen trailer leave the drop lot pulled by an unknown semi-truck. The GPS location data for the trailer showed the trailer was moving at the same time the JSO observed the trailer departing the drop lot. Through the U.S. Department of Transportation (DOT) number displayed on the side of the of the truck, the JSO was able to identify that the truck as belonging to GIA TRANSPORT INC.

84.     The FBI continued to monitor the GPS location data from the stolen trailer as it continued to travel south, ultimately arriving in Hialeah, Florida on the morning of May 22, 2023.  (See photo 10).

*Photo 10 – Global Positioning System details reported from the stolen Wabash Trailer as it travelled from Louisville, Kentucky to Hialeah, Florida.*



85.     As the trailer arrived in south Florida, the FBI and local police departments were able to conduct surveillance, ultimately locating the stolen trailer as it entered the Hialeah, Florida area (See photo 11).

*Photo 11 – Photo captured by FBI Miami as the stolen tractor trailer arrived in the Hialeah, Florida area.*



86.     Simultaneously, FBI monitoring of location data for **FREIRE, GOMEZ,** and **PEREZ** revealed the trio had left Tampa Bay, traveled south toward Miami, FL, and ultimately entered the Hialeah, Florida area around the same time as the stolen trailer.

87.     The FBI and Florida law enforcement officers followed the stolen trailer to a warehouse in a commercial district in Hialeah, Florida, where it stopped. As the FBI conducted surveillance, agents observed the stolen trailer being opened and pallets of stolen merchandise being removed by individuals at the warehouse.

88.     After observing efforts being made to remove the stolen cargo from the stolen trailer and conceal it in the warehouse, the FBI and state law enforcement officials moved to seize the stolen cargo. In the process, Florida law enforcement officials arrested three individuals in the warehouse, including the GIA Transport, Inc., driver who hauled the stolen trailer to the warehouse. Additionally, law enforcement officers observed **FREIRE** in the vicinity of the warehouse and attempted to detain him.  **FREIRE** fled on foot but was apprehended a short time later.

89.     In a search incident to **FREIRE**'s arrest, the FBI was able to locate and seize **FREIRE**'s cellular device (**X6243**) that had been providing precision location data to agents during the investigation. Of note, the device used by **FREIRE (X4243)** is the same device that the FBI had placed in the vicinity of thirteen other cargo thefts, at the time those thefts occurred.

90.     A Florida state court subsequently issued a search warrant for the warehouse in Hialeah. In addition to the many pallets of stolen Oculus Virtual Reality Goggles located in the stolen trailer, the warehouse was determined to contain a significant amount of stolen merchandise from other reported thefts.

91.     Ultimately four subjects were arrested and charged in Florida state court for various cargo theft related crimes, including **FREIRE** and the driver from GIA Transport. Two other individuals who were working in the warehouse and observed removing stolen merchandise from the stolen trailer being tracked by the FBI.

92.     When interviewed by the FBI, the driver from GIA Transport stated he was a commercial truck driver and was paid $6,000 to bobtail his truck to Louisville, Kentucky, pick up a load, and haul the load back to Hialeah, Florida. The driver stated he did not have the legally required paperwork for the trailer or its contents, but he did not question the lack of paperwork because he was being paid more than the average rate to transport the goods. The driver further stated he had been recruited by an unknown male to transport the goods, and confirmed he stayed in Jacksonville, Florida the night before because that is where he resides.

93.     As noted above, the warehouse contained a significant amount of stolen property, some of which the FBI has already linked to **FREIRE, GOMEZ,** and **PEREZ**.  For example, several pallets of Bose speakers were located in the warehouse which were reported stolen from Louisville, KY, on May 7, 2023. The FBI also located several CF Moto, All-Terrain Vehicles

("ATVs") inside the warehouse, which matched serial numbers of ATVs reported stolen in Columbus, OH, on February 17, 2023. (See photos 12-15). As noted in Chart 1, *supra*, the FBI's review of CDRs revealed that the devices of **FREIRE**, **GOMEZ**, and **PEREZ** were all in the vicinity of and connected to cellular towers serving the locations where the Bose speakers were stolen on May 7, 2023, and where the CF Moto ATV's were stolen on February 17, 2023.

*Photo 12*

*Photo 13*




*Photo 14*



*Photo 15*



94.     Precision tracking data for **GOMEZ** and **PEREZ** clearly established both were in the area of the Hialeah warehouse when the takedown occurred, however neither was arrested. Precision tracking data for the phones of **GOMEZ** and **PEREZ** further established that both left the area of the warehouse and Hialeah, Florida, shortly after the takedown occurred.

95.     Based on the FBI's review of CDRs detailed **GOMEZ** drove an unknown vehicle, likely a rental, from south Florida to the area of **GOMEZ's RESIDENCE** in Louisville, Kentucky. He arrived on the evening of May 23, 2023.

96.     CDRs further revealed that **PEREZ** travelled back to the area of his residence in Lehigh Acres, Florida, shortly after the takedown.

97.     On May 25, 2023, the FBI sought and obtained a federal search warrant from the Western District of Kentucky to search **GOMEZ's RESIDENCE**. That warrant was executed on May 30, 2023.  Both **GOMEZ** and his fiancé were at the residence during the search.

98.     **GOMEZ** agreed to speak to the FBI while his residence was being searched. During that interview **GOMEZ** advised agents that he and **FREIRE** are cousins. **GOMEZ** stated that he was recently in Tampa visiting **FREIRE**. **GOMEZ** told agents he works as an Uber and Lyft driver. **GOMEZ** was shown photos of him and **FREIRE** captured by the FBI on the day the **FREIRE, GOMEZ, AND PEREZ** stole the two cargo loads on May 19, 2023. He responded by saying the FBI will find a lot of photos of them together because they frequently hangout. **GOMEZ** denied all knowledge of any cargo thefts.

99.     **GOMEZ**'s fiancé consented to an interview with the FBI and told agents that **GOMEZ** is her fiancé and they share a child together. She identified **FREIRE** and **PEREZ** from pictures provided to her by the FBI. She explained that **FREIRE** and **PEREZ** were recently in town visiting **GOMEZ**.

100.    During the search of **GOMEZ's RESIDENCE**, the FBI located and seized **GOMEZ's** cellular telephone (**X9267**) that had been providing location data and other records. **GOMEZ** confirmed for agents that **X9267** was, in fact, his phone. It is worth noting that this device, **X9267**, is the same device that the FBI's extensive CDR review has placed in the vicinity of thirteen separate thefts of interstate cargo shipments in Indiana, Ohio, and Kentucky between late 2020 and May of 2023.

101.    Moreover, during the search of **GOMEZ's RESIDENCE**, the FBI located both **ROGUE 1** and **ROGUE 2,** vehicles which were used as scouting/chase vehicles in multiple cargo thefts. The two vehicles were seized by the Hillview (KY) Police Department.

102.    On June 16, 2023, the FBI sought and obtained a federal search warrant out of the Middle District of Florida to search the person of **PEREZ** to locate and search any cellular devices which could further the FBI investigation.

103.     On June 20, 2023, the FBI sought and obtained a federal search warrant out of the Southern District of Indiana to conduct a forensic search of **GOMEZ's** cellular phone (**x9267**), seized during the search of **GOMEZ' Residence**.

104.     On June 22, 2023, the FBI located **PEREZ** in the vicinity of Fort Myers Beach, Florida, and executed the federal search warrant. **PEREZ** provided his Apple iPhone to the agents and provided a passcode to the phone. The FBI has confirmed the identifiers of the device seized from **PEREZ** matched **X3908**.  Of note, the device(**X3908**) seized from PEREZ was the same device that the extensive FBI CDR review has placed in the vicinity of eight separate interstate cargo shipment thefts between October 3, 2022, when **PEREZ** was released from federal prison, and May of 2023. **PEREZ** declined to speak with the FBI at the time his phone was seized pursuant to the federal warrant.

105.     The FBI has reviewed the forensic report of **X9267** used by **GOMEZ**. Based on information contained on that device, the FBI can clearly attribute the device as being used by **GOMEZ** and confirmed the device was, in fact, the same device used in thirteen cargo thefts. The FBI has recovered evidence from that device that details **GOMEZ's** used the device before, during, and after known cargo thefts.

106.     To date, the FBI has recovered all three physical devices (**X9267**, **X4243**, **X3908**) used by the **FREIRE, GOMEZ,** and **PEREZ** throughout the time they committed the alleged offenses.

107.     In August of 2023, the FBI reviewed the forensic report for the device, **X3908**, seized from **PEREZ**. The FBI can clearly attribute the device as being used by **PEREZ** and confirmed the device was, in fact, the same device used in eight cargo thefts. The FBI has

recovered evidence from that device that details **PEREZ's** use of **X3908** before, during, and after known cargo thefts.

108.    A forensic report for **X4243** is still pending..

## CONCLUSION

109.    Based on the foregoing, probable cause exists to believe **FREIRE, GOMEZ,** and **PEREZ** have committed multiple violations of federal law, including violations of Title 18, United States Code, Sections 659 (Possession of Goods Stolen From Interstate Shipments); 2314 (Interstate Transportation of Stolen Property); and 371 (Conspiracy).  Further, on at least two occasions substantive criminal offenses occurred within the Southern District of Indiana. I therefore request this Court issue warrants for **FREIRE, GOMEZ,** and **PEREZ,** authorizing their arrest.

## **SEALING ORDER REQUESTED**

110.    IT IS FURTHER REQUESTED that this Court issue an order sealing, until

further order of the Court, all papers submitted in support of this application, including the

affidavit, criminal complaint, and warrants. I believe that sealing this document is necessary

because the warrant is relevant to an ongoing investigation. Premature disclosure of the contents

of this Affidavit and related documents may have a significant and negative impact on the

continuing investigation and may severely jeopardize future investigative steps that are

contemplated in this investigation.


Sworn to before me this 19th day of September 2023.


Respectfully submitted.


*/s/ Ronald A. Hornback, Jr.*
Ronald A. Hornback, Jr.
Special Agent
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.


9/19/2023                    VAN WILLIS
United States Magistrate Judge
Southern District of Indiana